**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FRANCISCO HUERTERO,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

                Plaintiff,

v.

RCD RESTORATIONS, INC.,
and JOSEPH CAGGIANO,

                Defendants.

Case No.: 1:21-cv-08419 (LJL)

**[PROPOSED]**
**DEFAULT JUDGMENT**

---

This action having been commenced on October 12, 2021 by the filing of the Summons and Complaint, and RCD RESTORATIONS, INC. and JOSEPH CAGGIANO, having not complied with the Court's orders, it is

ORDERED, ADJUDGED AND DECREED:

    That Plaintiff FRANCISCO HUERTERO, has judgment against Defendants RCD RESTORATIONS, INC. and JOSEPH CAGGIANO, jointly and severally, for unpaid wages in the amount of $8,028.00, New York State liquidated damages in the amount of $8,028.00, statutory damages in the amount of $10,000.00 representing penalties under The Wage Theft Prevention Act, , amounting in all to $26,056.00.

Dated: New York, New York

                                                                Hon. Lewis J. Liman
                                                                United States District Judge