```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
FRANCISCO HUERTERO,                                                :
on behalf of himself, FLSA Collective Plaintiffs                   :
and the Class,                                                     :
                                                                   :    21-cv-8419 (LJL)
                                Plaintiff,                         :
                                                                   :         ORDER
        -v-                                                        :
                                                                   :
RCD RESTORATIONS, INC.,                                            :
and JOSEPH CAGGIANO,                                               :
                                                                   :
                                Defendants.                        :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/27/2022

LEWIS J. LIMAN, United States District Judge:

There is a pending motion for default judgment in this case. Dkt. No. 24. It is hereby ORDERED that the Court will hold a hearing to address the motion on **June 14, 2022 at 3:00 p.m.** Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

By **June 3, 2022**, Plaintiff shall serve on Defendants: (1) a copy of the motion for default judgment and supporting papers; and (2) a copy of this Order setting a date and time for the default judgment hearing. By **June 3, 2022**, Plaintiff shall also file proof of such service on the docket.

SO ORDERED.

Dated: May 27, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge