```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                     :

FRANCISCO HUERTERO,                      :
                                       :

               Plaintiff,          :

                                       :               21-cv-08419 (LJL)
    -v-                              :

                                       :                 ORDER

RCD RESTORATIONS, INC., and JOSEPH   :
CAGGIANO,                            :

                                       :

              Defendants.        :

                                       :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On consent of the parties, the Court hereby vacates the entry of default, and the motion for default judgment filed at Dkt. No. 24 is denied.

It is hereby ordered that the Court will hold an Initial Pretrial Conference in this case remotely by telephone on August 5, 2022 at 4:00PM.  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.  One week in advance of that conference, the parties are to jointly submit a proposed case management plan and scheduling order consistent with the Court's individual practices.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 24.

SO ORDERED.

Dated: July 12, 2022
      New York, New York                             _____
                                              LEWIS J. LIMAN
                                     United States District Judge