```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
FRANCISCO HUERTERO, :
 :
            Plaintiff, :
 : 21-cv-8419 (LJL)
  -v- :
 : ORDER
RCD RESTORATIONS, INC., et al., :
 :
           Defendants. :
 :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Plaintiff has filed a First Amended Complaint, Dkt. No. 46, which no longer sues defendants RCD Restorations, Inc. and Joseph Caggiano. Accordingly, the Clerk of Court is respectfully directed to terminate defendants RCD Restorations, Inc. and Joseph Caggiano from the docket.

    SO ORDERED.

Dated: August 15, 2022
       New York, New York
                                                     LEWIS J. LIMAN
                                                     United States District Judge