# Lee Litigation Group, PLLC
### 148 West 24th Street, Eighth Floor
### New York, NY 10011
### Tel: 212-465-1180
### Fax: 212-465-1181
### info@leelitigation.com

**Writer's Direct:** (212) 465-1188
cklee@leelitigation.com

September 14, 2022

**Via ECF**
Honorable Lewis J. Liman, U.S.D.J.
United States District Court
500 Pearl Street, Room 701
New York, New York 11201

      Re:    *Huertero v. RCD Restorations, Inc. et al.*
                Case No. 1:21-cv-08419

Dear Judge Liman:

      This office represents Plaintiff in the above-referenced matter. We write pursuant to Your Honor's Order (Dkt. No. 50), dated August 15, 2022, which requires the parties to jointly submit the Civil Case Management Plan and submit it to the Court in advance of the September 21, 2022, Initial Conference.

      Since the filing of First Amended Complaint, counsel has informed our office that they no longer represent any of the defendants in this action. The current defendants were served, and with the exception of the Individual Defendant, the affidavits of service for all of the Corporate Defendants were returned and have been filed on the docket (Dkt. Nos. 52-55). Defendants' Answer was due on September 7, 2022. However, to date, no Answer has been filed on the docket.

      In light of the foregoing, we respectfully request the Court adjourn the conference scheduled for September 21, 2022, for thirty days in order for Plaintiff to consider pursuing a motion for default judgment, if Defendants fail to Answer the complaint within that time. This is Plaintiff's first request to adjourn this conference.

      We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

Plaintiff's motion to adjourn the conference currently scheduled for September 21, 2022 is GRANTED. The Initial Pretrial Conference is rescheduled to October 21, 2022 at 11:00 a.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.
09-15-2022

SO ORDERED.

LEWIS J. LIMAN
United States District Judge